**Order entered July 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00576-CV

**SNP SCHNEIDER-NEUREITHER & PARTNER AG, Appellant**

**V.**

**SAMUEL WOOD AND JAMES D. SPIELMAN, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Dc-17-14118**

## ORDER

Before the Court is appellees' July 19, 2018 unopposed motion for extension of time to file a brief. We **GRANT** the motion and extend the time to **July 27, 2018**.

/s/    ADA BROWN
       JUSTICE